UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEITH NEFF, | : | **1:21-CV-01972** |
| | : | |
| Plaintiff, | : | (Magistrate Judge Schwab) |
| | : | |
| v. | : | |
| | : | |
| U.S. BANK, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**ORDER**
February 11, 2022

Plaintiff Keith Neff began this action by filing a complaint, but he did not pay the filing fee or file an application to proceed *in forma pauperis*. By an Order dated November 23, 2021, the Clerk of Court ordered Neff to either pay the filing fee or to file an application to proceed *in forma pauperis* within 30 days. On December 20, 2021, Neff filed a document titled as an amended complaint to which he attached as an exhibit an application for leave to proceed *in forma pauperis*. We directed the Clerk of Court to separately docket that application for leave to proceed *in forma pauperis*.

Neff stated in his application for leave to proceed *in forma pauperis* that, among other income and assets, he has $14,800 on a Reliacard. *See doc. 6* at 2, ¶ 4. Based on this and concluding that he has sufficient funds to pay the filing fee in

this case, we denied Neff's application for leave to proceed *in forma pauperis* and ordered him to pay the filing fee.

Neff has not paid the filing fee. But he has filed a document in which he states, among other things, that he does not have access to the funds on the Reliacard. *See doc. 8* at 4, ¶ 4. Considering this and looking back at Neff's complaint, we now see that Neff's claim is that he was denied access to this $14,800. *See doc. 1* at 4–5. Accordingly, we will vacate the order denying Neff's application to proceed *in forma pauperis*, and we will, in fact, grant his application to proceed *in forma pauperis*.

Based on the foregoing, **IT IS ORDERED** that the Order of January 6, 2022 (*doc. 5*) denying Neff's application for leave to proceed *in forma pauperis* is **VACATED**. **IT IS FURTHER ORDERED** that Neff's application (*doc. 4*) for leave to proceed *in forma pauperis* is **GRANTED**.[1]

*S/Susan E. Schwab*  
Susan E. Schwab  
United States Magistrate Judge

---

[1] By a separate order, we granted Neff leave to file an amended complaint.